UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-924 GHK (MRW) | Date | June 28, 2012 |
|---|---|---|---|
| Title | Phung v. Holder | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: DISMISSAL

   This is a federal habeas action brought by an individual in immigration detention. Petitioner apparently signed his petition in April 2012, although the proof of service shows that it was not mailed to the Court until June 6, 2012. (Docket # 1 at 11-12.) However, in response to the petition, the government explains that Petitioner was released from immigration detention on June 7, 2012. (Docket # 6 at 2.) The government suggests that the habeas action is now moot and should be dismissed.

   The Court further notes that an order sent to Petitioner at his address of record – a custody facility in Orange County – was returned as undeliverable. (Docket # 5.) Petitioner apparently did not comply with Local Rule 41-6, which states as follows:

> If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.

   Therefore, IT IS ORDERED that Petitioner shall file a response (not to exceed 10 pages) explaining why this action should not be dismissed: (a) as moot because Petitioner has been released from custody as requested in the petition; and/or (b) for violating Local Rule 41-6 by failing to update his mailing address with the Court. Petitioner shall file his response by or before July 12, 2012. If Petitioner fails to respond to this Order to Show Cause, the action may be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

   The Clerk is directed to serve a copy of this Order on Petitioner at the address listed on the docket and at the residential location identified on page 3 of Docket 6-1.