UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNG PHUOC PHUNG, | ) Case No. SA CV 12-924 GHK (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| ERIC HOLDER, et al., | ) |
| Respondent. | ) |
| _____ | ) |

    Pursuant to this Court's Order,

    IT IS ADJUDGED that this action is dismissed.

DATE: 8/3/12                 _____
                                            HON. GEORGE H. KING
                                            UNITED STATES DISTRICT JUDGE